1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE (ASBN 4305-T768O)
4  Assistant United States Attorney
    10th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
6   Telephone:  (415) 436-6935
    Fax: (415) 436-6748
7   E-mail: thomas.moore@usdoj.gov
   **W. CARL HANKLA** (DCBN 41165)
8  Trial Attorney, Tax Division
   United States Department of Justice
9   P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044
10  Telephone: (202) 307-6448
    Fax: (202) 307-0054
11  E-mail: w.carl.hankla@usdoj.gov

12              IN THE UNITED STATES DISTRICT COURT FOR THE

13                  NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15  UNITED STATES OF AMERICA,          )
                                       )   No. C 05-3791 PJH
16          Petitioner,                )   (Related case: C 05-3792 PJH)
                                       )
17      v.                             )
                                       )   ~~proposed~~ ORDER EXTENDING STAY
18                                     )
    MAX D. GRAY,                       )
19                                     )
                                       )
20          Respondent.                )
    _____   )

21

22

23

24

25

26

27

28  ORDER EXTENDING STAY
    No. C 05-3791 PJH                      - 1 -

1    Having reviewed the Joint Status Report filed herein on August 7, 2006, the Court hereby

2  ORDERS:

3         1.      This case shall remained stayed pending further order of the Court.

4         2.      The parties shall file another joint status report six months from the date hereof (or earlier

5                 if the attorney-client privilege issue between the United States and John C. Cohan in

6                 related case number C 05-3792 PJH is resolved).

7         DATED: _____August 21_____, 2006

8

9                                                          PHYLLIS J. HAMILTON
                                                           United States District Judge
10

11
   Presented by:
12

13  *W. Carl Hankla*
    W. CARL HANKLA
14  Trial Attorney, Tax Division
    U.S. Department of Justice
15  P.O. Box 683, Ben Franklin Station
    Washington, D.C.  20044
16  Telephone:(202) 307-6448
    Fax: (202) 307-0054
17  E-mail: w.carl.hankla@usdoj.gov

18

19

20

21

22

23

24

25

26

27

28  ORDER EXTENDING STAY
    No. C 05-3791 PJH                              - 2 -