SCOTT N. SCHOOLS
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE (ASBN 4305-T768O)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California  94102
 Telephone:  (415) 436-6935
 Fax: (415) 436-6748
 E-mail: thomas.moore@usdoj.gov
**W. CARL HANKLA** (DCBN 41165)
Trial Attorney, Tax Division
United States Department of Justice
 P.O. Box 683, Ben Franklin Station
 Washington, D.C. 20044
 Telephone: (202) 307-6448
 Fax: (202) 307-0054
 E-mail: w.carl.hankla@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 05-3791 PJH |
| Petitioner, ) | (Related case: C 05-3792 PJH) |
| v. ) | STIPULATION AND ORDER FOR ENFORCEMENT OF IRS SUMMONSES |
| MAX D. GRAY, ) | |
| Respondent. ) | |

      Petitioner United States of America, on behalf of the Internal Revenue Service, and respondent Max D. Gray, HEREBY STIPULATE AND AGREE:

      1.     This stipulation is submitted at the request of the Court following the parties' submission of their July 16, 2007 Joint Status Report ("July 16 Joint Status Report") pursuant to the Order Reopening Case and Enforcing IRS Summonses; Requiring Status Statement in Related Case entered June 26, 2007 ("June 26 Order") in United States v. John C. Cohan, Case No. 05-03792-PJH and this

STIP. AND ORDER FOR ENFORCEMENT
No. C 05-3791 PJH                    - 1 -

related case. These cases were commenced by the United States under I.R.C. §§ 7402 and 7604 to enforce IRS summonses issued to John C. Cohan, the taxpayer, and Max D. Gray, his attorney. Cohan raised the attorney-client privilege as a defense to enforcement in his case, and Gray relied on the same defense in his.

2. As noted in their July 16 Joint Status Report, this case was stayed pending the resolution of Cohan. The June 26 Order determined that Mr. Cohan waived the attorney-client privilege in litigation with the IRS in the United States Tax Court and enforced the summonses against him. Accordingly, the summonses against Mr. Gray may be enforced as well.

3. Mr. Gray represents that he currently does not have possession, custody or control of any documents responsive to the summonses that have not already been produced to counsel for Mr. Cohan.

4. Mr. Gray may, however, have testimony responsive to the summonses. Accordingly, upon reasonable notice in writing by the Internal Revenue Service, sent to Mr. Gray at his last-known home or business address (with a copy of the notice to counsel for Mr. Cohan), Mr. Gray shall appear before a duly authorized delegate of the Secretary of the Treasury, at the time and place (within this judicial

///
///
///

district or at some other mutually agreeable location) set forth in said notice, to provide such testimony, under oath, as may be relevant or material to the examination(s) described in said summonses and to the materials and information produced in response to the summonses.

DATED this 30th day of July, 2007.

                          SCOTT N. SCHOOLS
                          United States Attorney
                          JAY R. WEILL (CSBN 75434)
                          Assistant United States Attorney
                          Chief, Tax Division
                          THOMAS MOORE (ASBN 4305-T768O)
                          Assistant United States Attorney
                          450 Golden Gate Avenue, Box 36055
                          San Francisco, California 94102
                          Telephone: (415) 436-6935

                          /s/ *W. Carl Hankla*
                          W. CARL HANKLA (DCBN 41165)
                          Trial Attorney, Tax Division
                          United States Department of Justice
                          P.O. Box 683, Ben Franklin Station
                          Washington, D.C. 20044
                          Telephone: (202) 307-6448
                          Fax: (202) 307-0054
                          E-mail: w.carl.hankla@usdoj.gov

DATED this 30th day of July, 2007.

                          GAGEN, McCOY, McMAHON & ARMSTRONG

                          /s/ *Charles A. Koss*
                          CHARLES A. KOSS
                          279 Front Street
                          Danville, California 94526
                          Telephone: (925) 837-0585
                          Fax: (925) 838-5985
                          E-mail: cakoss@gmmalaw.com

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED, and this case may be closed.**

DATED this 1st day of August 2007.

IT IS SO ORDERED

Judge Phyllis J. Hamilton

STIP. AND ORDER FOR ENFORCEMENT
No. C 05-3791 PJH